1 B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
2 JASON B. SHANE, State Bar No. 253908
jshane@llcllp.com
3 LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
4 1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
5 Telephone:    (510) 433-2600
Facsimile:     (510) 433-2699
6
Attorneys for Defendant
7 NATIONAL RAILROAD PASSENGER
CORPORATION
8

9                     UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

11

| | |
|---|---|
| 12  JUDI A. PAPAGNI, | Case No. 1:08-CV-00145 LJO DLB |
| 13               Plaintiff, | **STIPULATION TO AMEND COMPLAINT, SUBSTITUTING JESSE LEE WALLA FOR DOE DEFENDANT NO. 1 AND ORDER** |
| 14         v. | |
| 15  NATIONAL RAILROAD PASSENGER CORPORATION; AMTRAK; AMTRAK CORPORATION; AMTRAK PASSENGER CORPORATION; and DOES 1 through 50, Inclusive, | |
| 18               Defendants. | |

19

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

13249-37552 JBS 552255.1                              1                    Case No.  1:08-CV-00145 LJO DLB

STIP TO AMEND COMPLAINT SUBSTITUTING JESSE L. WALLA FOR DOE NO. 1 & [PROPOSED] ORDER

**STIPULATION**

The parties, by and through their counsel of record, hereby stipulate to allow the amendment of Plaintiff JUDI A. PAPAGNI's Complaint, substituting JESSE LEE WALLA for Doe Defendant No. 1.

Dated: April 10, 2008           LEE & LADASZ, LLP

                                By: _____/s/ Deacon A. Ladasz_____
                                    DEACON A. LADASZ
                                    Attorneys for Plaintiff
                                    JUDI A. PAPAGNI

Dated: April 10, 2008           LOMBARDI, LOPER & CONANT, LLP

                                By: _____/s/ Jason B. Shane_____
                                    JASON B. SHANE
                                    Attorneys for Defendant
                                    NATIONAL RAILROAD
                                    PASSENGER CORPORATION

IT IS HEREBY ORDERED:

1. Plaintiff's Complaint is amended, substituting Jesse Lee Walla for Doe Defendant No. 1.

SO ORDERED.

Dated: 21 April 2008

                                /S/ *Dennis L. Beck*
                                U. S. MAGISTRATE JUDGE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

13249-37552 JBS 552255.1         2         Case No. 1:08-CV-00145 LJO DLB
STIP TO AMEND COMPLAINT SUBSTITUTING JESSE L. WALLA FOR DOE NO. 1 & [PROPOSED] ORDER