IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDI A. PAPAGNI, | CASE NO. CV F 08-0145 LJO DLB |
| Plaintiffs, | **ORDER TO RESET MANDATORY SCHEDULING CONFERENCE** |
| vs. | Date:  July 10, 2008 |
| NATIONAL RAILROAD PASSENGER CORPORATION, et al., | Time:  8:15 a.m.<br>Dept.:  4 (LJO) |
| Defendants. / | |

Upon review of the record and on the basis of good cause, this Court:

1. VACATES the May 29, 2008 mandatory scheduling conference and RESETS it for July 10, 2008 at 8:15 a.m. in Department 4 (LJO) of this Court.  The parties are encouraged to appear at the mandatory scheduling conference by telephone by arranging a one-line conference call and then adding the Court at (559) 499-5680;

2. ORDERS, if defendant Jesse Lee Walla has not appeared, plaintiff, no later than June 13, 2008, to file papers either to: (a) seek entry of defendant Jesse Lee Walla's default; or (b) explain good cause for failure to seek entry of defendant Jesse Lee Walla's default;

3. ORDERS the parties, no later than July 3, 2008, to file an updated Joint Scheduling Report which includes the information required by Exhibit A to the January 29, 2008 order setting the original scheduling conference and to e-mail a copy of the Joint Scheduling Report as an attachment to ljoorders@caed.uscourts.gov and formatted in

WordPerfect or Word;

4. ORDERS plaintiff to serve a copy of this order on defendant Jesse Lee Walla if plaintiff does not seek entry of his default; and

5. ORDERS the parties to otherwise comply with the January 29, 2008 order setting the original scheduling conference.

IT IS SO ORDERED.

**Dated:   May 22, 2008**                              **/s/ Lawrence J. O'Neill**
                                                        UNITED STATES DISTRICT JUDGE