**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUDI A. PAPAGNI,               Plaintiff,     vs.  NATIONAL RAILROAD PASSENGER CORPORATION,               Defendants. | CASE NO. CV F 08-0145 LJO DLB  **ORDER AFTER STATUS CONFERENCE**  Date: August 7, 2008  Time: 8:15 a.m.  Dept.: 4 (LJO) |

This Court conducted a July 10, 2008 status conference. Attorney Marlene Hubbel specially appeared for plaintiff Judi A. Papagni ("plaintiff"). Defendant National Railroad Passenger Corporation ("Amtrak") appeared by counsel Jason B. Shane, Lombardi, Loper & Conant, LLP. Defendant Jesse Lee Walla ("Walla") did not appear although plaintiff represents that Walla has been served with the summons and complaint. Plaintiff agrees to dismiss Amtrak and remand this action to state court after Walla appears in this action. On the basis of good cause, this Court ORDERS:

1. Plaintiff, no later than July 25, 2008, to secure Walla's formal appearance in this action or to seek entry of his legitimate default; and

2. Amtrak, no later than July 25, 2008, to serve plaintiff its declaration regarding its absence of liability to warrant its dismissal from this action.

If Amtrak is dismissed from this action, this Court will entertain to remand this action to state court. If Amtrak remains in this action and if Walla fails to appear in this action or is not subject to entry

of a proper default, this Court will issue an order to show cause Walla should not be dismissed. *See* F.R.Civ.P. 4(m).

    This Court SETS a status conference for August 7, 2008 at 8:15 in Department 4 (LJO). This Court will vacate the status conference if Amtrak is dismissed and this action is remanded to state court.

    IT IS SO ORDERED.

**Dated:   July 10, 2008**　　　　　　　　　　　　／s/ **Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE