# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDI A. PAPAGNI, | CASE NO. CV F 08-0145 LJO DLB |
| Plaintiff, | **ORDER TO DISMISS DEFENDANT** |
| vs. | (Doc. 21.) |
| NATIONAL RAILROAD PASSENGER CORPORATION, et al., | |
| Defendants. / | |

Based on the parties' stipulation under F.R.Civ.P. 41(a)(1)(A)(ii), this Court DISMISSES this action with prejudice as to defendant National Railroad Passenger Corporation only.

Given that plaintiff has filed no proof of service of a summons and complaint on defendant Jesse Lee Walla, this Court is in a position to dismiss defendant Walla unless plaintiff demonstrates good cause not to do so at the August 7, 2008 status conference.

IT IS SO ORDERED.

**Dated:   July 25, 2008**                              **/s/ Lawrence J. O'Neill**
                                                                   UNITED STATES DISTRICT JUDGE

1