# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDI A. PAPAGNI, | CASE NO. CV F 08-0145 LJO DLB |
| Plaintiff, | **ORDER TO REMAND AND CLOSE ACTION** |
| vs. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, *et al.,* | |
| Defendants. | |

This Court conducted an August 7, 2008 status conference. Plaintiff Judi A Papagni appeared by counsel Marshal Mashigian. Ms. Pagagni recommended that this action be remanded to the Superior Court of the State of California, County of Kern for all further proceedings. This action originated in the County of Kern Superior Court as S-1500-CV-262092 AEW, but was removed to this Court by the federal defendants. In light of the July7 25, 2008 dismissal of the federal defendants, and the amount in controversy not exceeding $75,000, this Court lacks jurisdiction over this action. Accordingly, this Court:

1. REMANDS this action; and
2. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   August 7, 2008**                    **/s/ Lawrence J. O'Neill**
                                                               UNITED STATES DISTRICT JUDGE